# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:22-cv-00966-RM-STV

CARLOS BRITO,

    Plaintiffs,

v.

TEXAS ROADHOUSE HOLDINGS LLC D/B/A TEXAS ROADHOUSE.

    Defendant.

## JOINT NOTICE OF SETTLEMENT

    Plaintiff, CARLOS BRITO, and Defendant, TEXAS ROADHOUSE HOLDINGS LLC D/B/A TEXAS ROADHOUSE, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than thirty (30) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to these defendants.

Respectfully submitted this December 23, 2022.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.
GARCIA-MENOCAL & PEREZ, P.L.
1600 Broadway
Denver, Colorado 80202
Telephone: (305) 553- 3464
Email: ajperez@lawgmp.com
*Attorney for Plaintiff*

s/ *Kelsey A. VanOverloop*
Kelsey A. VanOverloop
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
Email: kvanoverloop@littler.com
*Attorney for Defendant*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this December 23, 2022.

      Respectfully submitted,

      **GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, Colorado 80202
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com; dramos@lawgmp.com

      By:  */s/ Anthony J. Perez*
           ANTHONY J. PEREZ