## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CASE NO: 1:21-cv-00966-CNS-MDB

CARLOS BRITO,

    Plaintiff,

v.

TEXAS ROADHOUSE HOLDINGS
LLC D/B/A TEXAS ROADHOUSE,

    Defendant.

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiff, CARLOS BRITO, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATES to the dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs.

Respectfully submitted on January 20, 2023.

| | |
|---|---|
| */s/ Anthony J. Perez* | *s/ Kelsey A. VanOverloop* |
| ANTHONY J. PEREZ, ESQ. | Kelsey A. VanOverloop |
| GARCIA-MENOCAL & PEREZ, P.L. | LITTLER MENDELSON, P.C. |
| 1600 Broadway | 1900 Sixteenth Street, Suite 800 |
| Denver, CO 80202 | Denver, CO 80202 |
| Telephone: (305) 553-3464 | Telephone: 303.629.6200 |
| Email: ajperez@lawgmp.com | Facsimile: 303.629.0200 |
| *Attorney for Plaintiff* | Email: kvanoverloop@littler.com |
| | *Attorney for Defendant* |